1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLEN SHAHBAZYAN, an individual, and KAREN SHAHBAZYAN, an individual,<br><br>　　　　　Plaintiffs,<br>vs.<br>MERCEDES-BENZ USA LLC, a Delaware Limited Liability Company,<br><br>　　　　　Defendants, | Case No.: 2:23-cv-08014-TJH-MAR<br><br>*Assigned to the Hon. Terry J. Hatter, Jr., and Magistrate Judge Margo A. Rocconi*<br><br>**ORDER OF DISMISSAL  [11] [J-6]** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the parties.

**IT IS SO ORDERED.**

DATE: FEBRUARY 21, 2024

_____
HON. TERRY J. HATTER, JR.,
U.S. DISTRICT JUDGE